GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMI KIDD, Individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 8:19-cv-02119-MCS-JDE<br><br>Assigned to: Hon. Mark C. Scarsi<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 4, 2019 |

JOINT STIPULATION OF DISMISSAL

Plaintiff Jami Kidd and Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations, by and through their respective counsel, hereby stipulate and agree to dismiss this action in its entirety with prejudice and without costs as to the named Plaintiff, and without prejudice and without costs as to the putative class pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: October 12, 2020

**GREENSTONE LAW APC**

By:  s/ Mark S. Greenstone
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff Jami Kidd*

Dated:  October 12, 2020

**SHOOK, HARDY & BACON L.L.P.**

By: s/ Michael L. Mallow
Michael L. Mallow
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: 424-285-8330
Facsimile: 424-204-9093
Email: mmallow@shb.com

*Attorneys for Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations*

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 12, 2020                    By: s/ *Mark S. Greenstone*
                                                Mark S. Greenstone

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On October 12, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2020, at Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone